1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

DEMETRIUS DARNELL WARLICK ,

10

Plaintiff,

11

v.

12

ROSIE LEE WARLICK and the
INTERNAL REVENUE SERVICE,

13

14

Defendants

15

Case No.  C05-5349RBL

ORDER ADOPTING
REPORT AND
RECOMMENDATION

16     The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of

17   Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and

18   the remaining record, does hereby find and ORDER:

19     (1)   The Court adopts the Report and Recommendation;

20     (2)   This action is **DISMISSED** prior to service for failure to state a claim.  This dismissal

21        counts as a strike pursuant to 28 U.S.C. 1915 (g).

22     (3)   Clerk is directed to send copies of this Order to plaintiff, counsel for any defendants

23        who have appeared, and to the Hon. Karen L. Strombom.

24

25     DATED this 9th day of August, 2005.

26

27   RONALD B. LEIGHTON
     UNITED STATES DISTRICT JUDGE

28

ORDER
Page - 1